August 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JANNA RUSSELL, Appellant

NO. 14-10-00494-CV                       V.

DAVID CHRISTOPHER RUSSELL, Appellee

_____

This cause, an appeal in favor of appellee, David Christopher Russell, signed, March 3, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order that portion of the judgment of the court below denying Janna Russell's reasonable attorney's fees, and the amount of $166.78 plus prejudgment and post-judgment interest, **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by Appellant, Janna Russell.

We further order this decision certified below for observance.